UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. MARTELL,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>    Respondent. | Case No. 18-cv-00290-EMC<br><br>**ORDER TO SHOW CAUSE** |

## I.    INTRODUCTION

David Martell, an inmate currently at the High Desert State Prison in Susanville, filed this *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His petition is now before the Court for review pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases.

## II.    BACKGROUND

The petition and attachments thereto provide the following information. Mr. Martell was convicted in Santa Clara County Superior Court of murder. He indicates that there was a gang-activity enhancement found true. In July 2013, he was sentenced to 15 years to life in prison.

Mr. Martell appealed. In 2016, the California Court of Appeal affirmed his conviction. In 2017, the California Supreme Court denied his petition for review. He then filed this action.

## III.    DISCUSSION

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A district court considering an application for writ of habeas corpus shall "award the writ or issue an

order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false. *See Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990).

Mr. Martell alleges a single claim in his petition for writ of habeas corpus. He alleges that his federal constitutional right to due process was violated because the evidence was insufficient to support the guilty verdict on the murder and the gang enhancement. Liberally construed, the claim is cognizable and warrants a response.

### IV. CONCLUSION

For the foregoing reasons,

1. The claim in the petition warrants a response.

2. The Clerk shall serve a copy of this order, the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on Petitioner.

3. Respondent must file and serve upon Petitioner, on or before **June 1, 2018**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of any court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

4. If Petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on Respondent on or before **June 29, 2018**.

5. Petitioner is responsible for prosecuting this case. Petitioner must promptly keep the court informed of any change of address and must comply with the court's orders in a timely fashion.

6. Petitioner is cautioned that he must include the case name and case number for this case on any document he submits to this court for consideration in this case.

7. Petitioner must pay the $5.00 filing fee or submit a completed *in forma pauperis*

application no later than **May 1, 2018**, or this action will be dismissed.

8. The Clerk shall update the docket to show that Mr. Martell is currently housed at the High Desert State Prison.

**IT IS SO ORDERED**.

Dated: March 29, 2018

_____
EDWARD M. CHEN
United States District Judge